# United States Court of Appeals for the Federal Circuit

————————————

September 26, 2019

## ERRATA

————————————

Appeal Nos. 2018-2289, 2018-2290

**INTELLECTUAL VENTURES I LLC,**
*Appellant*

**v.**

**EMC CORPORATION, LENOVO (UNITED STATES) INC., NET APP, INC.,**
*Appellees*

Decided: September 25, 2019
Non-Precedential Opinion

————————————

Please make the following change:

On page 2, line 36: change "reject EMC's challenge" to "reject IV's challenge".